Document 1

```
                    UNITED STATES COURT OF APPEALS
                        FOR THE FOURTH CIRCUIT

                            July 5, 2007
```

### NOTICE OF APPELLATE CASE OPENING
*******************************

**FOURTH CIRCUIT INFORMATION**
---------------------------

    **Court of Appeals Case #:**  7-12

    **Short Caption:**  US v. Richard Stitt

    **Date NOA Received 4CCA:**  7/5/07

    **Case Manager:**  Beth Walton

**DISTRICT COURT INFORMATION**
--------------------------

    **Division:**  Eastern District of Virginia at Norfolk

    **District Court Case Number(s):**

    2:98-cr-00047-JBF

    **Date NOA Filed in District Court:**  7/2/07