Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
July 5, 2007

No. 07-11(L)
2:98-cr-00047-JBF

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

No. 07-12
2:98-cr-00047-JBF

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellee

---------
O R D E R
---------

The Court appoints the Federal Public Defender at Alexandria, Virginia as counsel to represent the appellant/cross-appellee in these cases.

The Court appoints Jeffrey L. Stredler as co-counsel for the appellant/cross-appellee pursuant to the provisions of 18 U.S.C. Section 3599(c) and the Criminal Justice Act.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK

Nunc Pro Tunc:  06/28/07