Document 1

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor
Clerk

www.ca4.uscourts.gov

Telephone
(804) 916-2700

July 5, 2007

Fernando Galindo
UNITED STATES DISTRICT COURT
Room 193
Eastern District of Virginia
Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA 23510

          Re: 07-11 US v. Richard Stitt
                  2:98-cr-00047-JBF

              07-12 US v. Richard Stitt
                  2:98-cr-00047-JBF

Dear Clerk:

     Our records indicate that a transcript is already on file
for this appeal.  Please transmit the certificate to this office
as soon as possible.  If there are problems that will delay
transmission of the certificate, please notify me.

                         Yours truly,

                         PATRICIA S. CONNOR
                             Clerk

                          /s/ Beth Walton
                    By: _____
                           Deputy Clerk