Document 1

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia  23219-3517

Patricia S. Connor                    www.ca4.uscourts.gov                              Telephone
Clerk                                                                                (804) 916-2700


August 14, 2007


Darryl James Mitchell, Esq.
OFFICE OF THE U. S. ATTORNEY
Suite 8000
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510


William David Muhr, Esq.
OFFICE OF THE U. S. ATTORNEY
Suite 8000
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510


David John Novak, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
18th Floor
Eastern District of Virginia
Main Street Centre
600 East Main Street
Richmond, VA 23219


Richard Daniel Cooke, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
Suite 1800
Eastern District of Virginia
Main Street Centre
600 East Main Street
Richmond, VA 23219


        Re: 07-12 US v. Richard Stitt
            2:98-cr-00047-JBF


    Dear Counsel:

        By letter dated 7/5/07, we notified you of certain forms which you
    must complete before this appeal can proceed.  You have not returned:

        ( )  counsel of record form
        ( )  disclosure statement form
        (x)  appellant's docketing statement
        ( )  admission form or attorney registration form

Please file your docketing statement within ten days of the date of this letter.  A docketing statement form is enclosed for your use.

If you desire to inquire about your case by telephone, please contact me directly by dialing (804) 916-2725.

Yours truly,

PATRICIA S. CONNOR
        Clerk


  /s/ Beth Walton
By: _____
      Deputy Clerk


cc:  Gerald Thomas Zerkin
     Amy Leigh Austin
     Jeffrey Lance Stredler