**FILED**

NOV 2 0 2007

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

U.S. Court of Appeals
Fourth Circuit

UNITED STATES OF AMERICA,    )
    *Appellee/Cross-Appellant,*    )
                                )
v.                              )        Case No. 07-11(L)
                                )
RICHARD THOMAS STITT,           )
    *Appellant/Cross Appellee.*     )

## MOTION FOR APPOINTMENT OF COUNSEL

The Appellant, Cross Appellee, Richard Thomas Stitt, by counsel, moves this Court to appoint Christopher J. Collins, Esq., as co-counsel for him in this matter.

Jeffrey L. Stredler, also counsel for Mr. Stitt, has submitted to this Court a motion to withdraw as counsel, due to a change in employment that is incompatible with his continued involvement in this case. To replace Mr. Stredler, Mr. Stitt, seeks appointment of second counsel.

18 U.S.C. § 3599(2) provides for the appointment of counsel in any post conviction proceeding under 28 U.S.C. § 2255 seeking to vacate or set aside a sentence of death where the defendant is financially unable to afford such representation himself, as well as the services set forth in subsections (b) through (f) of § 3599(2). Subsection (c) provides qualifications for at least one of the counsel

appointed in such a case, "[i]f the appointment is made after judgment."[1] Subsection (d) then provides, with respect to subsections (b) and (c), for the appointment of "another attorney," "for good cause shown," with appropriate qualifications "with due consideration to the seriousness of the possible penalty and complex nature of the litigation." And, finally, subsection (e) provides that counsel must continue in the representation unless replaced by "similarly qualified counsel."

Mr. Collins[2] was admitted to the Virginia Bar in 1977 and to the Bar of the United States District Court for the Eastern District of Virginia in 1981. He has represented 93 defendants in Virginia capital cases and 2 defendants in federal capital prosecutions. As an adjunct professor of law, he has taught a course in capital litigation at T.C. Williams School of Law for 8 years. He has tried an uncountable number of non-capital felony cases and has represented hundreds of defendants on appeal, including in capital cases, in the Virginia state courts and in this Court. He is fully qualified to serve as co-counsel for Mr. Stitt, "with due consideration to the seriousness of the possible penalty and complex nature of the litigation."

WHEREFORE, appellant/cross appellee Richard Thomas Stitt requests that this

---

[1] The judgment referred to is the judgment of conviction and the sentence imposed after trial, since subsection (b), which addresses appointments made *before* judgment, refers to "the court in which the *prosecution* is to be tried."

[2] Mr. Collins' office address is: 304 E. Main Street, Richmond VA 23219. His phone is: 804-648-4755.

Court appoint Christopher J. Collins as co-counsel in this case.

Respectfully submitted this 20th day of November, 2007.

Michael S. Nachmanoff
Federal Public Defender
for the Eastern District of Virginia

Gerald T. Zerkin
Assistant Federal Public Defender
830 East Main Street, Suite 1100
Richmond, VA 23219
(804) 343-0800

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Motion for Appointment of Counsel was sent by U.S. Mail, first-class postage prepaid, to

Richard D. Cooke/David Novak
Assistant United States Attorneys
600 E. Main St.
Suite 1800
Richmond, VA 23219

Darryl J. Mitchell/William D. Muhr
Assistant United States Attorneys
World Trade Center
101 W. Main Street, Suite 8000
Norfolk, VA 23510

on this 20th day of November, 2007.

Gerald T. Zerkin
Assistant Federal Public Defender