IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff/Appellee,* | ) | DEC 1 2 2007 |
| | ) | |
| v. | ) | Case No. 07-11(L) |
| | ) | |
| RICHARD THOMAS STITT, | ) | |
| *Defendant/Appellant.* | ) | |

DEC 1 2 2007

U.S. Court of Appeals
Fourth Circuit

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE BRIEF

COMES NOW counsel for the appellant, Richard Thomas Stitt, and moves this Court, pursuant to Fed. R. App. P. 26(b), for an extension of time of one business day in which to file appellant's reply and answering brief. In support thereof, counsel states as follows:

1.　Appellant's reply and answering brief is currently scheduled to be filed on Friday, December 14, 2007.

2.　Counsel has worked diligently to complete a thorough, comprehensive reply and answering brief over the five-day extension previously granted by the Court. However, counsel has simultaneously maintained his ongoing caseload including court appearances. Most significantly, counsel must travel to Charleston, West Virginia, on December 12 and 13 for a hearing in a capital case in which he is counsel. These commitments have affected counsel's ability to

complete the brief as scheduled.  However, the time needed to finalize his reply and answering brief requires only the weekend of December 15 and 16. Therefore, counsel is requesting an extension of time from Friday, December 14, 2007, until Monday, December 17, 2007, to file appellant's reply and answering brief in this matter.

3.    Pursuant to Fourth Circuit Local Rule 27(a) counsel has notified Assistant U.S. Attorney Richard Cooke who stated  no objection to this extension of time..

Therefore, counsel requests a an extension of time from December 14, 2007, to December 17, 2007, for filing appellant's reply and answering brief.

Respectfully submitted this 12th day of December  2007.

Michael S. Nachmanoff
Federal Public Defender
for the Eastern District of Virginia

_____
Gerald T. Zerkin
Assistant Federal Public Defender
830 East Main Street, Suite 1100
Richmond, VA 23219
(804) 343-0800
(804) 648-5033 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this <u>Unopposed Motion for Extension of Time in Which to File Brief</u> was sent via facsimile and by U.S. Mail, first-class postage prepaid, to

Richard Cooke
Assistant United States Attorney
600 E. Main St.
Suite 1800
Richmond, VA 23219

on this 12th  day of December 2007.

Gerald T. Zerkin
Assistant Federal Public Defender