IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**FILED**

JAN 2 9 2008

UNITED STATES OF AMERICA,　)
　　　　*Plaintiff/Appellee,*　)
　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　)　　　　Case No. 07-11(L)
　　　　　　　　　　　　　　　)
RICHARD THOMAS STITT,　　)
　　　　*Defendant/Appellant.*　)

**U.S. Court of Appeals
Fourth Circuit**

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO COURT'S ORDER OF JANUARY 24, 2008 AND RESPONSE TO GOVERNMENT'S MOTION FOR CLARIFICATION

COMES NOW counsel for the appellant, Richard Thomas Stitt, and move this Court, for an extension of time in which to file his response to this Court's Order of January 24, 2008.

This Court's Order directs counsel for Mr. Stitt to notify the Court by February 1, 2008 whether they desire to raise any additional issues as a result of the Court's decision, also set forth in the Order, that Mr. Stitt's appeal will be treated as an appeal from his conviction and sentence. Defendant/appellant also requests that clarification.

Moreover, Defendant/appellant requests that the Court grant him an extension of time of ten days following issuance of that clarification or denial of the Motion in which to file his substantive response to the Court's Order, the same time the Court originally granted for the filing of his response to the Court's Order. Undersigned

counsel would also note that he was in Charleston, West Virginia, for Court order

discovery in a federal capital case for three of the days since this Court's Order and

in preparation for that trip for an additional day.  He could not attend to this matter

during that time.

Respectfully submitted this 29th day of January, 2008.

Michael S. Nachmanoff
Federal Public Defender
for the Eastern District of Virginia

Gerald T. Zerkin
Assistant Federal Public Defender
830 East Main Street, Suite 1100
Richmond, VA 23219
(804) 343-0800

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Motion and Response was
sent by U.S. Mail, first-class postage prepaid, and sent via electronic mail, to

Richard Cooke
Assistant United States Attorney
600 E. Main St.
Suite 1800
Richmond, VA 23219

on this 29th day of January, 2008.

Gerald T. Zerkin
Assistant Federal Public Defender