**FILED**

# FEDERAL PUBLIC DEFENDER
## EASTERN DISTRICT OF VIRGINIA
830 E. MAIN STREET, SUITE 1100
RICHMOND, VIRGINIA 23219
(804) 343-0800
FAX: (804) 648-5033

APR - 4 2008

U.S. Court of Appeals
Fourth Circuit

Michael S. Nachmanoff
Federal Public Defender

DIRECT: (804) 565-0880

Gerald T. Zerkin
Capital Resource Counsel

---

April 4, 2008

U.S. COURT OF APPEALS
FOURTH CIRCUIT
2008 APR -4 AM 11: 53
RECEIVED

**HAND-DELIVERED**
Ms. Patricia Connor, Clerk
United States Court of Appeals
Post Office Annex
10th & Main Streets
Richmond VA 23219
ATTN: Elizabeth Walton, Deputy Clerk

RE: *United States v. Richard Stitt*, Case # 07-11(L)

Dear Ms. Connor:

Please be advised that we will not file a supplemental brief raising additional issues.

Thank you for your assistance.

Sincerely,

Gerald T. Zerkin

cc. Richard Cooke, Assistant United States Attorney
    (Hand-delivered)