**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**

June 25, 2008

<u>**ORAL ARGUMENT NOTIFICATION**</u>

Please take notice that this case has been scheduled for oral argument. The time for notifying the Court of any conflict or filing any motion that would affect the scheduling of argument has expired. Therefore, the case will not be rescheduled absent a showing of serious, unforeseeable problems that could not have been raised within the notice period.

**No. 07-11 (L), <u>US v. Richard Stitt</u>**
2:98-cr-00047-JBF

<u>**Place**</u>: U. S. Courthouse, Room 222
10th & Main Streets **\*\*\* BANK STREET ENTRANCE \*\*\***
Richmond, Virginia 23219

<u>**Date**</u>: 09/24/2008

<u>**Time**</u>: Counsel must register between 8:45 - 9:00

<u>**Argument Time**</u>: Each side is normally allowed 20 minutes; if more than one attorney is arguing per side, the attorneys must agree on how the time is to be divided. In social security disability cases, black lung cases, and labor cases in which the primary issue is whether the agency's decision is supported by substantial evidence, each side is limited to 15 minutes. In en banc cases, each side is allowed 30 minutes. Appellants and cross-appellants may reserve up to one-third of their time for rebuttal when they register.

<u>**Criminal & CJA Cases**</u>: In criminal cases, an attorney must appear on behalf of each defendant separately represented unless the defendant signs a waiver of counsel's appearance and co-defendant's counsel certifies in advance of argument that he or she is prepared to argue on behalf of the defendant whose attorney is not present. CJA attorneys traveling by plane or train must call 804-916-2700 and request a CJA Travel Authorization to obtain government travel rates.

<u>**Identity of Panel/Order of Cases**</u>: The identity of the panel hearing a case is not disclosed until the morning of argument. The order of cases is subject to change until the morning of argument.

**Courthouse Information**: Directions, hotel information, and parking suggestions, and information about courtroom protocol are available at our web site, **www.ca4.uscourts.gov**. All visitors are required to show picture identification before being directed through screening by the Court Security Officers. The following items are prohibited: electronic devices, including cell phones, pagers, cameras, tape recorders, computers, and PDA's; potential weapons, including pocket knives, scissors, and mace; and food and beverages. Umbrellas must be left in the lobby.

**Oral Argument Acknowledgment**: Counsel of record must return the **Oral Argument Acknowledgment** form, available as a link from this Notification or from our web site, within 5 days of this Notification.

**PLEASE COMPLETE AND RETURN THIS PAGE WITHIN 5 DAYS OF RECEIPT OF YOUR ORAL ARGUMENT NOTIFICATION. THE FORM MUST BE RETURNED EVEN IF YOU ARE NOT THE ATTORNEY WHO WILL ARGUE THE CASE.**

Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

Dear Clerk:

I hereby acknowledge receipt of your oral argument notification showing my case:

**No. 07-11 (L), US v. Richard Stitt**

assigned for hearing on _____ in _____.

_____ will argue this case. (If the attorney arguing is not counsel of record, please include the attorney's address.)

Signature: _____

Counsel for: _____

Joseph L. Coleman
Deputy Clerk