# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## ORAL ARGUMENT ACKNOWLEDGMENT

No. _____    Caption: _____

_____
(appellant, appellee, petitioner, respondent, other)

I hereby acknowledge receipt of your oral argument notification in the above-referenced case.  Argument will be presented by:

_____          _____
Name                                                              Phone

_____          _____
Address                                                          Fax

_____          _____
Address                                                          E-mail Address

*Note:  Counsel presenting argument must be admitted to practice in the Fourth Circuit and file an appearance of counsel form in the case.*

I hereby certify that on this date, I electronically filed this Acknowledgment with the Clerk of Court using the CM/ECF System, which will send notice of such filing to registered CM/ECF users.

_____                  _____
Date                                                           Signature