## FEDERAL PUBLIC DEFENDER
### EASTERN DISTRICT OF VIRGINIA
830 E. MAIN STREET, SUITE 1100
RICHMOND, VIRGINIA 23219
(804) 343-0800
FAX: (804) 648-5033

Michael S. Nachmanoff
Federal Public Defender

DIRECT: (804) 565-0880

Gerald T. Zerkin
Capital Resource Counsel

August 27, 2008

Ms. Patricia Connor, Clerk
United States Court of Appeals
Post Office Annex
10th & Main Streets
Richmond VA 23219
ATTN: Elizabeth Walton, Deputy Clerk

RE: *United States v. Richard Stitt*, Case # 07-11, 12(L); Rule 28(j).

Dear Ms. Connor:

Pursuant to Rule 28(j), F.R.A.P., I wish to bring to the Court's attention the decision in *United States v. Hager*, 530 F.Supp.2d 778 (E.D.Va. 2008). In its Brief of United States, the Government stated that Judge Ellis, in an oral decision in *Hager*, had ruled that the "Savings Statute preserves the § 848 procedures." Brief Of The United States, pp. 27-28. The Government also related that Judge Ellis had said he would issue a written opinion, about which it would promptly notify the Court when it occurred. *Id.*, p.28 n.1.

The published opinion in *Hager* is not at all consistent with the Government's representation in its Brief. Judge Ellis actually held that the Savings Statute *does not* save the procedural provisions of § 848, including specifically subsection (i), see 530 F.Supp.2d at 782-84, which is at issue here.

Thank you for your assistance.

Sincerely,

_____s/_____
Gerald T. Zerkin

cc. Richard Cooke, Assistant United States Attorney