

U.S. Department of Justice

*United States Attorney*

*Eastern District of Virginia*

*Richard D. Cooke*
*Main Street Centre, Suite 1800*        *804/819-5471*
*600 E. Main Street*                    *Fax 804/771-2316*
*Richmond, Virginia   23219-2447*
*Richard.Cooke@usdoj.gov*

November 16, 2008

Patricia S. Connor, Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

   Re:  *United States v. Richard Thomas Stitt*, Nos. 07-11(L), 07-12
       (Argued on Sept. 24, 2008)
       Letter under FED. R. APP. P. 28(j)

Dear Ms. Connor:

   In a letter filed on September 17, 2008 under FED. R. APP. P. 28(j), the government notified this Court of a recent opinion by the Fifth Circuit interpreting the Savings Statute, 1 U.S.C. § 109.  *See United States v. Seale*, 542 F.3d 1033 (5th Cir. 2008).

   The government notes that the Fifth Circuit has now granted rehearing en banc in *Seale*. *See United States v. Seale*, 2008 WL 4891190 (5th Cir. Nov. 14, 2008).

       Respectfully,

       Dana J. Boente
       Acting United States Attorney

   By:    /s/
       Richard D. Cooke
       Assistant United States Attorney

cc:  Gerald T. Zerkin, Esq.
   Christopher J. Collins, Esq.